# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZARATE HUERTA, | Case No. CV 08-0774-AG (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A. HEDGEPETH, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 30, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE